No. 11–864. COMCAST CORP. ET AL. *v.* BEHREND ET AL. C. A. 3d Cir. [Certiorari granted, 567 U. S. 933.] Motion of petitioners to file volumes four and five of the joint appendix under seal granted.

No. 11–1485. YOUNG, PERSONAL REPRESENTATIVE OF THE ESTATE OF YOUNG *v.* FITZPATRICK ET AL. Ct. App. Wash.;

No. 12–9. ARZOUMANIAN ET AL. *v.* MUNCHENER RUCKVERSICHERUNGS-GESELLSCHAFT AKTIENGESELLSCHAFT AG. C. A. 9th Cir.;

No. 12–79. CHADBOURNE & PARKE LLP *v.* TROICE ET AL. C. A. 5th Cir.;

No. 12–86. WILLIS OF COLORADO INC. ET AL. *v.* TROICE ET AL. C. A. 5th Cir.; and

No. 12–88. PROSKAUER ROSE LLP *v.* TROICE ET AL. C. A. 5th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 11–8932. IN RE RICHARDS. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [566 U. S. 961] denied.

No. 11–9137. JOHNSON *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 11th Cir.;

No. 11–9999. REARDON *v.* REARDON ET AL. C. A. 3d Cir.;

No. 11–10017. IN RE FIELDS ET AL.;

No. 11–10201. LYNN *v.* LYNN. Ct. App. Cal., 2d App. Dist.;

No. 11–10220. BAILEY ET UX. *v.* SUHAR. C. A. 6th Cir.;

No. 11–10314. SIEGEL *v.* FOX & SPILLANE, LLP, ET AL. Ct. App. Cal., 2d App. Dist.;

No. 11–10404. HARRINGTON *v.* GIBSON. App. Ct. Mass.;

No. 11–10573. PAUL *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY. C. A. 3d Cir.;

No. 11–10604. NESTOR *v.* UNITED STATES. C. A. 3d Cir.;

No. 11–10628. DANIEL *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir.;

No. 11–10715. KÉRNS *v.* BOARD OF COMMISSIONERS OF BERNALILLO COUNTY, NEW MEXICO, ET AL. C. A. 10th Cir.;

No. 11–10831. IN RE PARKER;

No. 11–10848. IORIO *v.* UNITED STATES. C. A. 2d Cir.;

No. 11–10899. JACKSON *v.* BOOKER ET AL. C. A. 3d Cir.;

No. 11–10975. GRIFFIN *v.* SHINSEKI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir.;